# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**RWJ BARNABAS HEALTH, INC.**

and

**SAINT PETER'S HEALTHCARE SYSTEM, INC.,**

Defendants.

HON. _____

No. _____

## [PROPOSED] ORDER DIRECTING THE FILING OF THE COMPLAINT TEMPORARILY UNDER SEAL

Upon consideration of Plaintiff Federal Trade Commission's Motion to File Complaint Temporarily Under Seal,

**IT IS HEREBY ORDERED** that the MOTION is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Complaint for Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act (the "Complaint") be filed under seal until June 17, 2022, to allow Defendants RWJ Barnabas Health, Inc. and Saint Peter's Healthcare System, Inc. an opportunity to move to permanently seal confidential information in that Complaint. If, by June 17, 2022, Defendants have not filed a

motion to permanently seal materials, the Clerk of Court is directed to lift the temporary seal and place the unredacted Complaint on the public record.

SO ORDERED, this _____ day of _____, 2022.

_____
United States District Judge