# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2022, I submitted a true and correct copy of the foregoing document to the United States District Court for the District of New Jersey's Clerk's Office via electronic mail.

I FURTHER CERTIFY that I served the foregoing document on the following counsel via electronic mail:

Mark Botti
BAKER BOTTS LLP
700 K Street, NW
Washington, DC 20001
(202) 639-1116
mark.botti@bakerbotts.com

*Counsel for Defendant RWJ Barnabas Health, Inc.*


Bruce Sokler
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW
Suite 1100
Washington, DC 20004
(202) 434-7303
BDSokler@mintz.com

*Counsel for Defendant Saint Peter's Healthcare System, Inc.*


Kristin L. Vassallo
Assistant United States Attorney
Deputy Chief, Civil Division
UNITED STATES ATTORNEY'S OFFICE
District of New Jersey
970 Broad Street, Room 700
Newark, NJ 07102

Kristin.Vassallo@usdoj.gov

*Designated Agent for Service*

                                            <u>s/ James H. Weingarten</u>
                                            James H. Weingarten
                                            Senior Trial Counsel
                                            Federal Trade Commission
                                            Bureau of Competition
                                            600 Pennsylvania Avenue, NW
                                            Washington, DC 20580
                                            Telephone: (202) 326-3570
                                            Email: jweingarten@ftc.gov

                                            *Attorney for Plaintiff*
                                            *Federal Trade Commission*