James H. Weingarten
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Tel.: (202) 326-3570
Email: jweingarten@ftc.gov
Attorney for Plaintiff Federal Trade Commission

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | HON. John Michael Vazquez |
| **RWJ BARNABAS HEALTH, INC.** | No. 2:22-cv-03416 |
| and | |
| **SAINT PETER'S HEALTHCARE SYSTEM, INC.,** | |
| Defendants. | |

**STIPULATED TEMPORARY RESTRAINING ORDER**

WHEREAS, Plaintiff, the Federal Trade Commission (the "Commission"), filed a complaint in this matter on June 3, 2022, seeking, among other relief, a preliminary injunction enjoining Defendant RWJ Barnabas Health, Inc.'s ("RWJ") proposed acquisition of Saint Peter's Healthcare System, Inc. ("Saint Peter's

Healthcare," and together with RWJ, "Defendants") (the proposed acquisition herein referred to as the "Acquisition"); and

WHEREAS, absent this Stipulation, Defendants would be free to consummate the Acquisition after 11:59 PM Eastern Time on June 9, 2022; and

WHEREAS, pursuant to Exhibit 1, the Commission and Defendants have agreed that Defendants will not consummate the Acquisition until after 11:59 PM Eastern Time on the tenth business day after the Court rules on Plaintiff's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), or until after the date set by the Court, whichever is later;

IT IS HEREBY ORDERED that Defendants shall not consummate the Acquisition until after 11:59 PM Eastern Time on the tenth business day after this Court rules on Plaintiff's motion for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), or until after the date set by the Court, whichever is later; and

IT IS FURTHER ORDERED that in connection with the paragraph immediately above, Defendants shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Acquisition; and

IT IS FURTHER ORDERED that in computing any period specified in the Temporary Restraining Order, the day of the act, event, or default that triggers the period shall be excluded, and the term "business day" as used in this Order refers to any day that is not a Saturday, Sunday, or federal holiday.

SO ORDERED, this _6th day of June, 2022.

                                                John Michael Vazquez,
                                              United States District Judge