**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 6/10/2022
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#  22-3416**

Federal Trade Commission
v.
RWJ Barnabas Health, Inc., et al.

**APPEARANCES:**

James Weingarten, Esq.
Mark Seidman, Esq.
Rohan Pai, Esq.
Alexander Bryson, Esq.
Karen Hunt, Esq.
Adam Pergament, Esq.
Cory Gordon, Esq.
Emily Blackburn, Esq.
Jessica Moy, Esq.
Ryan Andrews, Esq.
Ryan Maddock, Esq.
Mark Botti, Esq. for RWJ Barnabas Health, Inc.
Joseph Ostoyich, Esq. for RWJ Barnabas Health, Inc.
Matthew Boxer, Esq. for RWJ Barnabas Health, Inc.
Jody Boudreault, Esq. for RWJ Barnabas Health, Inc.
Will Lavery, Esq. for RWJ Barnabas Health, Inc.
Patrick Thomas, Esq. for RWJ Barnabas Health, Inc.
Kevin McGinty, Esq. for Saint Peter's Healthcare System, Inc.
Bruce Sokler, Esq. for Saint Peter's Healthcare System, Inc.
Antonio Casas, Esq. for Saint Peter's Healthcare System, Inc.
Alexandra Gallo-Cook, Esq. for Saint Peter's Healthcare System, Inc.
Alexander K. Song, Esq. for Saint Peter's Healthcare System, Inc.

**Nature of Proceedings**: VIDEO CONFERENCE held on the record

Status conference held regarding the pending motion for TRO.
The court scheduled a status conference in this matter for 6/17/2022 at 10:30 a.m.

**Time Commenced: 10:30**
**Time Adjourned:  11:30**
**Total Time:  1:00**

                                             <u>RoseMarie Olivieri</u>
                                             SENIOR COURTROOM DEPUTY