IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**RWJ BARNABAS HEALTH, INC.,**<br><br>and<br><br>**SAINT PETER'S HEALTHCARE SYSTEM, INC.,**<br><br>Defendants. | HON. John Michael Vazquez<br><br>No. 2:22-cv-03416 |

## JOINT STIPULATION OF DISMISSAL

In view of Defendants' withdrawal of their Hart-Scott-Rodino Notification and Report Forms for their proposed transaction on June 14, 2022, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission, Defendant RWJ Barnabas Health, Inc., and Defendant Saint Peter's Healthcare System, Inc. hereby stipulate to the dismissal without prejudice of all claims in this action.

Dated: June 15, 2022

*s/ James H. Weingarten*
James H. Weingarten
Mark Seidman
Rohan Pai
Ryan T. Andrews
Emily Blackburn
Alex Bryson
Cory Gordon
Karen Hunt
Ryan Maddock
Jessica Moy
Adam Pergament

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3570
jweingarten@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

Respectfully submitted,

*s/ Mark J. Botti*
Mark J. Botti (admitted *pro hac vice*)
Joseph Ostoyich (admitted *pro hac vice*)
William Lavery (admitted *pro hac vice*)
Jody Boudreault (admitted *pro hac vice*)
Anthony Swisher (admitted *pro hac vice*)
Iain McPhie (admitted *pro hac vice*)
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
mark.botti@bakerbotts.com
joseph.ostoyich@bakerbotts.com
william.lavery@bakerbotts.com
william.lavery@bakerbotts.com
anthony.swisher@bakerbotts.com
iain.mcphie@bakerbotts.com

-and-

A. Matthew Boxer
Patrick Thomas
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500
mboxer@lowenstein.com
cpthomas@lowenstein.com

*Attorneys for Defendant*
*RWJ Barnabas Health, Inc.*

*s/ Antonio J. Casas*
Antonio J. Casas
WINDELS MARX LANE &
MITTENDORF, LLP
Madison, New Jersey 07940
(973) 966-3203

Facsimile (973) 966-3250
acasas@windelsmarx.com

-and-

Bruce D. Sokler (admitted *pro hac vice*)
Farrah Short (admitted *pro hac vice*)
Tinny Song (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street NW
Washington, DC 20004
(202) 434-7300
Facsimile (202) 434-7400
bdsokler@mintz.com
fcshort@mintz.com
tsong@mintz.com

Kevin M. McGinty (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617) 542-6000
Facsimile (617) 542-2241
kmcginty@mintz.com

Alexandra Gallo-Cook
666 Third Avenue, 25th Floor
New York, NY 10017
(212) 692-6259
Facsimile (212) 983-3115
lgallocook@mintz.com

*Attorneys for Defendant*
*Saint Peter's Healthcare System, Inc.*

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2022, I electronically filed the foregoing using the United States District Court for the District of New Jersey's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      *s/ James H. Weingarten*
James H. Weingarten
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*